UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Robert Joseph Blake.

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 2:10-1242
(Number to be assigned by Court)

Maryann Kendreck.
Nate Kendreck.
and a mother co
Sgt Price Maze.

(Enter above the full name of the defendant
or defendants in this action)

FILED
OCT 20 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ✓      No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: Joseph Blake

    Defendants: C O David Miller
    Counselor Tim Carroll
    Sgt Price Maze

2. Court (if federal court, name the district; if state court, name the county):

    Charleston West Virginia

3. Docket Number: 2:10-00031

4. Name of judge to whom case was assigned:

    Thomas Johnston

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Still Pending

6. Approximate date of filing lawsuit: May 4-2010

7. Approximate date of disposition: N/A

2

II. **Place of Present Confinement:** Mountolive Correctional Complex

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ____

   C. If you answer is YES:

   1. What steps did you take? Unit Manager/Warden, Commissioner

   2. What was the result? ____

   D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Robert Joseph Blake

   Address: Mountolive Correctional Complex, 1 Mountainside Way, Mountolive, WV 92518

   B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Mary Ann Kendreck.

is employed as: Nurse

at Mountolive Correctional Complex / Mountainside way mountolive WV 25185

D. Additional defendants: Nate Kendreck. co at Mountolive correctional complex / Mountainside way mount olive, / Mountainside way Mount olive WV 25185.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Back last year co Nate Kendreck and co Price Mazean and another co took me to Medical and thay try to smoth me with a pillow and Nurse Mary ann Kendreck was in vold also.

4

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

What I would like for the court to do is spend them and have them to Tranceford me Back up at NRJ on the DOC side up there. and have them to give me the janitor job -

V.     Relief (continued)):

_____
_____
_____
_____
_____

VII.   Counsel

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   Person.

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes ✓     No ___

   If so, state the name(s) and address(es) of each lawyer contacted:

   Ashley Pack
   300 Capitol Street 12Th floor
   Charleston, WV 25301

   If not, state your reasons: _____

   _____

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes ✓     No ___

6

If so, state the lawyer's name and address:

Ashley Pack - 300 Capitol Street 12Th floor charleston West Virginia 25301.

Signed this 10 day of OCT, 2010.

Robert Joseph Blake.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on OCT-10-2010.
                (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7